AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of South Dakota

| | |
|---|---|
| United States of America<br>v.<br>LARISSA ADAMS,<br><br>Defendant(s) | )<br>)<br>)  Case No. 5:21-mj-30<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 29, 2021__ in the county of __Oglala Lakota__ in the _____ District of __South Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1111 and 1153 | On or about January 29, 2021, in Oglala Lakota County, in Indian country, in the District of South Dakota, Larissa Adams, an Indian, did unlawfully, and with malice aforethought, kill a human being, Donald Sharpfish, by shooting him with a gun. |

This criminal complaint is based on these facts:

See Attached Affidavit, which is incorporated herein by this reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeremy Ewan, Special Agent
Printed name and title

via reliable electronic means.

Sworn to before me and signed in my presence.

Date: __2.5.21__

_____
Judge's signature

City and state: __Rapid City, South Dakota__   Daneta Wollmann, U.S. Magistrate Judge
Printed name and title