UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARISSA ADAMS,<br><br>Defendant. | 5:21-MJ-00030-JLV<br><br>ORDER FOR TEMPORARY DETENTION |

Defendant Larissa Adams appeared before the court on Friday, February 19, 2021, for an initial appearance and arraignment on a Complaint pending in this district. Defendant appeared in person and by her counsel, the Assistant Federal Public Defender. The United States appeared by the Assistant United States Attorney. At the hearing, Defendant requested a preliminary hearing. Good cause appearing, it is hereby

ORDERED that Defendant shall be temporarily detained in the custody of the United States Marshals Service until she appears for her preliminary hearing and detention hearing on Wednesday, March 3, 2021, at 9:40 a.m..

DATED this 19th day of February, 2021.

BY THE COURT:

_/s/ Daneta Wollmann_
DANETA WOLLMANN
United States Magistrate Judge