UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 21-mj-30 |
| Plaintiff, | MOTION TO UNSEAL CASE |
| vs. | |
| LARISSA ADAMS, | |
| Defendant. | |

The United States of America, by and through its undersigned Assistant United States Attorney, and pursuant to Fed. R. Crim. P. 6(e)(4), respectfully moves the Court for an order unsealing the case in the above-captioned matter, as the reasons for sealing this case at the time no longer apply.

Respectfully submitted this 22nd day of February, 2021.

RONALD A. PARSONS, JR.
United States Attorney
By:

ERIC KELDERMAN
Assistant United States Attorney
515 Ninth Street, Suite 201
Rapid City, SD 57701
Telephone: 605-342-7822
Facsimile: 605-342-1108
E-Mail: Eric.Kelderman@usdoj.gov